HARRY L. SINGER v. AQUITANIA REALTY CORPORATION and SAMUEL BECK and Others.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.